JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES A. MUNT LOVELL, *et al.*,<br>Movants,<br>v.<br>LAURIE SCHIFF, *also known as Laurie Yates Schiff*,<br>Respondent. | Case No. 8:26-mc-00015-DOC-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the motion and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 10). No objections to the Report and Recommendation were filed, and the deadline for filing such objections has passed. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that Movants' Motion for Order to Transfer Subpoena Dispute Pursuant to Federal Rule of Civil Procedure 45(f) or, in the

Alternative, to Compel Non-Party Laurie Schiff's Compliance with Subpoena (Dkt. 5) is DENIED with prejudice.

DATED: September 30, 2026

David O. Carter

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE